# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY H. ALCORN, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>Defendants. | Case No. 23-CV-3013-JSC |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Roy H. Alcorn hereby gives notice that the above-captioned action is hereby voluntarily dismissed without prejudice.

DATED:  August 16, 2023

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

By: /s/ Peretz Bronstein
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
peretz@bgandg.com
*Attorneys for Plaintiff*